# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2015

151959

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

SC: 151959
COA: 320032
Huron CC: 13-305667-FH

RONALD MATTHEW HARTMAN, JR.,
     Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the May 19, 2015 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE that part of the Court of Appeals judgment that found the evidence insufficient to convict the defendant of possession of methamphetamine, MCL 333.7403(2)(b)(i), and we REINSTATE that conviction, for the reasons stated in the Court of Appeals dissenting opinion.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015



Clerk

a1202